UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION
Case No.: 2:05-CV-26 BO

JOHN EURE, )
)
    Plaintiff, )
)
vs. ) **STIPULATION OF**
) **VOLUNTARY DISMISSAL**
INTERNATIONAL PAPER CO., )
)
    Defendant. )

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for Plaintiff, John W. Eure, and Defendant, International Paper Company, that the above-entitled action be, and the same hereby is, dismissed with prejudice, each party to bear its own costs and attorneys fees.

| | |
|---|---|
| Dated: March 31, 2006 | Dated: March 31, 2006 |
| | |
| **s/Branch W. Vincent, III** | **s/Mary Jane Palmer**  (TN Bar No. 017511) |
| N.C. State Bar No. 13743 | International Paper Company |
| The Vincent Law Firm, P.C. | 6400 Poplar Avenue |
| 8 Juniper Trail | Memphis, TN 38197 |
| Southern Shores, NC 27949 | (901) 419-3915 – Telephone |
| (252) 261-5477 – Telephone | (901) 214-1948 – Facsimile |
| | |
| Attorney for Plaintiff | **s/John J. Doyle, Jr.** |
| | N.C. State Bar No. 1235 |
| | **s/Candice S. Wooten** |
| | N.C. State Bar No. 28161 |
| | Constangy, Brooks & Smith, LLC |
| | 100 North Cherry Street, Suite 300 |
| | Winston-Salem, NC  27101 |
| | (336) 721-1001 – Telephone |
| | |
| | Attorneys for Defendant |

SO ORDERED ON THIS _____ DAY OF _____, 2006.

_____
U. S. DISTRICT COURT JUDGE